## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:18-CR-00313 |
| v. | (Chief Judge Brann) |
| JAMES E. HOCKER, | |
| Defendant. | |

### ORDER

#### MARCH 1, 2024

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1.      Hocker's 28 U.S.C. § 2255 motion (Doc. 60) is **DENIED**; and

2.      The Court declines to issue a certificate of appealability.


BY THE COURT:


*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge